IN THE COMMONWEALTH COURT OF PENNSYLVANIA

General Motors, LLC, : 
                Petitioner : 
                 : 
        v. :   No. 1075 C.D. 2016
                 : 
Bureau of Professional and : 
Occupational Affairs, State Board : 
of Vehicle Manufacturers, Dealers : 
and Salespersons, : 
                Respondent : 

# O R D E R

NOW, October 12, 2017, having considered intervenors' application for reargument and petitioner's answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge